**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher G White,<br><br>　　　　　Petitioner,<br><br>v.<br><br>M. Gutierrez,<br><br>　　　　　Respondent. | No. CV-23-00180-TUC-JCH<br><br>**ORDER** |

　　　　Before the Court is Magistrate Judge Eric J. Markovich's Report and Recommendation ("R&R") (Doc. 18). Judge Markovich recommends denying Petitioner's § 2241 Petition. *See id.* at 15. No objections to the R&R were filed. *See generally* docket.

　　　　A district court reviews objected-to portions of an R&R de novo. 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b); *United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). Failure to timely object may be considered a waiver of a party's right to de novo consideration of the issues. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121–22 (9th Cir. 2003) (en banc). The advisory committee's notes to Rule 72(b) of the Federal Rules of Civil Procedure state that, "[w]hen no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation" of a magistrate judge. Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition. *See also Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

　　　　After independent review, the Court is satisfied that Judge Markovich's recommendation is sound. The Court will adopt the R&R in full.

Accordingly,

**IT IS ORDERED ADOPTING IN FULL** the R&R (Doc. 18).

**IT IS FURTHER ORDERED DENYING** the Petition (Doc. 1). The Clerk of the Court shall enter judgment accordingly and close this case.

Dated this 3rd day of July, 2024.

John C. Hinderaker
United States District Judge